IN THE UNITED STATES DISTRICT COURT
FORTHE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| COREY MATTHEWS, #168496, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CASE NO. 2:12-cv-870-WHA |
| ) | |
| CLARENCE HAYMONS, DENNIS ) | (WO) |
| MEEKS, PRESTON HUGHES, BILL BLUE, ) | |
| and DAVID ANDERSON, ) | |
| ) | |
| Defendants. ) | |

**FINAL JUDGMENT**

In accordance with the order of the court (Doc. #98), entered by the court on September 15, 2015, and the order of the court entered on this day,

Final Judgment is entered against the Plaintiff and in favor of the Defendants Dennis Meeks, Preston Hughes and David Anderson, and Final Judgment is entered in favor of the Plaintiff and against the Defendants Clarence Haymons and Bill Blue in the amount of $500, for which execution may issue.

Costs are taxed against the Defendants Haymons and Blue.

DONE this 30th day of November, 2015.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE